**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Peter W. HIBBETT, Defendant—
Appellant.**

No. 03–10304.

D.C. No. CR–02–00129–RAM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 21, 2004.

Craig S. Denney, USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, FPDNV–Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before LEAVY, THOMAS and FISHER, Circuit Judges.

MEMORANDUM**

Peter W. Hibbett appeals from the district court affirmance of a magistrate judge's order that he pay $15,000 in restitution, following his guilty plea to the misdemeanor offense of unauthorized cutting and damage to timber and trees, and aiding and abetting, in violation of 16 U.S.C. § 551, 36 C.F.R. § 261.6 and 18 U.S.C. § 2. We affirm for the reasons stated in the district court's Opinion, filed on May 20, 2003.

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.